Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 9 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSE MARIE FERGUSON,<br><br>    Defendant. | 2:24-CR-70-TOR<br><br>INDICTMENT<br><br>Vios: 18 U.S.C. § 932(b)(1), (c)(1)<br>Straw Purchasing of a Firearm<br>(Count 1)<br><br>18 U.S.C. §§ 922(a)(6),<br>924(a)(2)<br>False Statement During<br>Purchase of a Firearm<br>(Count 2)<br><br>18 U.S.C. § 924(d)(1),<br>28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

On or about September 15, 2022, in the Eastern District of Washington, the Defendant, ROSE MARIE FERGUSON, did knowingly purchase a firearm, to wit: a Kimber 45 ACP Rapide pistol, bearing serial number K856257, in or otherwise affecting interstate and foreign commerce for, on behalf of, and at the request or

INDICTMENT – 1

demand of Eric Shane Laducer, knowing or having reasonable cause to believe that Eric Shane Laducer had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 932(b)(1), (c)(1).

## COUNT 2

On or about September 15, 2022, in the Eastern District of Washington, the Defendant, ROSE MARIE FERGUSON, in connection with the acquisition of a firearm, to wit: a Kimber 45 ACP Rapide pistol, bearing serial number K856257, from North 40 Outfitters, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such acquisition to ROSE MARIE FERGUSON under Chapter 44, Title 18, to wit: ROSE MARIE FERGUSON executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record and answered that ROSE MARIE FERGUSON was the actual transferee/buyer of the firearm, in violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 932(b)(1), (c)(1), as set forth in Count 1, and/or 18 U.S.C. §§ 922(a)(6), 924(a)(2), as set forth in Count 2, the Defendant,

//
//

INDICTMENT – 2

ROSE MARIE FERGUSON, shall forfeit to the United States of America any firearm or ammunition involved or used in the commission of the offense.

DATED this __8__ day of May, 2024.

A TRUE BILL

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Michael Ellis_
Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 3